UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO.12- 1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___11___ day of ___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Malik J. Tuma, Attorney. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Malik J Tuma, Attorney<br>27 North Wacker Drive, #503<br>Chicago Illinois 60606 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below. ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service) | 7011 2970 0002 3800 1205 |
| PS Form 3811, February | 102595-02-M-1540 |

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343



UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO. J2- 1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ____11____ day of ____July____, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Vladimir Jadrijevic, Chief, Assessment Service.

Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vladimir Jadrijevic
Chief, Assessment Service
Real Property Tax
1104 4th Street, SW
Washington, DC 20024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RECEIVED  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUL 19 2012

OCFO / OMA
LOGISTICS AND
SUPPORT SERVICES

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7011 2970 0002 3800 1212

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO. 12- 1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ____11____ day of ____July____, 20__12__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to HMTRI, LLC. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HMTRI, LLC
   53 E. Broadway, 1st Floor
   Bel Air, MD 21014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Karen Butler
C. Date of Delivery: 7/12/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from serv)
   7011 2970 0002 3800 1267

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

RECEIVED
Mail Room
AUG ? 2012

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO. 12-1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the _____11_____ day of _____July_____, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Stephen L. Harker. Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stephen L. Harker
   53 E. Broadway, 1st Floor
   Bel Air, MD 21014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _[signature]_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Karen Butler   Date of Delivery: 7/13/12
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer): 7011 2970 0002 3800 1274

PS Form 3811, February 2004 — Receipt — 102595-02-M-1540

RECEIVED Mail Room AUG 23 2012

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO.12- 1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___11___ day of ___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Vivek V. Gupta. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): V Gupta   C. Date of Delivery |
| 1. Article Addressed to:<br>Vivek V Gupta<br>Wiper Corp<br>17962 Foxborough Lane<br>Boca Raton, FLA 33496-1321 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7012 0470 0000 6902 4145 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

RECEIVED Mail Room AUG 23 2012 Angela D. Caesar, Clerk of Court U.S. District Court

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343



UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO. 12- 1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___11___ day of

___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Wiper Corporation. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) V GUPTA  C. Date of Delivery 7/14/1? |
| 1. Article Addressed to:<br><br>Wiper Corporation<br>17962 Foxborough Lane<br>Boca Raton, FL 33496-1321 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 2970 0002 3800 1250 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

RECEIVED
Mail Room
AUG 23 2012
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO. 12-1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___11___ day of ___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Office of the Attorney General of the District of Columbia. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Cal R Rivers   C. Date of Delivery 7/19/12 |
| 1. Article Addressed to:<br><br>Office of the Attorney General of<br>414 4th Street, N.W., Suite 1145S<br>Washington, D.C. 20004<br><br>the District of Columbia | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 2970 0002 3800 1281 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

RECEIVED
AUG   2

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO. 12-1102(EGS)

Vs

Capital Source Bank, et. al.

# AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___1___ day of ___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Mayor Vincent Gray of the District of Columbia. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mayor of the District of Columbia
   1350 Pennsylvania Avenue, Suite 419
   Washington, D.C. 20004
   VINCENT GRAY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery 7-13-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7011 2970 0002 3800 1298

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO.12- 1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___11___ day of ___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Chamber of Senior Judge Stephanie Duncan-Peters. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 7/16/12<br>D. Is delivery address different from item 1? ☐ Yes<br>     r delivery address below: ☐ No |
| 1. Article Addressed to:<br>Chamber of Senior Judge Stephanie Duncan-Peters<br>Superior Court of the District of Columbia<br>Washington, D.C. 20001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 2970 0002 3800 1236 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO. 12- 1102(EGS)

Vs

Capital Source Bank, et. al.

## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___11___ day of ___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Chamber of Judge Melvin R. Wright. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chamber of Judge Melvin R. Wright
Superior Court of the District of Columbia
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jeri Gray_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): J-Gray
C. Date of Delivery: 7/16/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service): 7011 2970 0002 3800 1229

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

_____
Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Raymond V. Ellis

CIVIL ACTION NO. 12- 1102(EGS)

Vs

Capital Source Bank, et. al.

# AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___11___ day of ___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Magistrate Judge Joseph Beshouri. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Magistrate Judge Joseph Beshouri
   Superior Court of the District of Columbia
   Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): J. Gray
C. Date of Delivery: 7/16/12
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from): 7011 2970 0002 3800 1243

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA


Raymond V. Ellis

              CIVIL ACTION NO. 12- 1102(EGS)

Vs


Capital Source Bank, et. al.


## AFFIDAVIT OF SERVICE

I, Raymond V. Ellis, Sr., hereby declare that on the ___11___ day of ___July___, 20_12_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Capital Source Bank. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Capital Source Bank, FBO
   ACON Financial, LLC
   27 North Wacker Drive, #503
   Chicago, Illinois 60606

2. Article Number (Transfer from service label): 7011 2970 0002 3800 1199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Raymond V. Ellis, Sr.
3210 Ely Place, S.E.
Washington, D.C. 20019
240-417-9343

